

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2016

No. 04-16-00538-CR

**IN RE** John G. **LEYVA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On October 11, 2016, Relator filed a motion complaining that the trial court had rescheduled his hearing date and seeking unspecified relief. We deny the motion.

It is so **ORDERED** on November 3, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. CR-130661, styled *State of Texas v. John G. Leyva*, pending in the County Court, Kimble County, Texas, the Honorable Delbert Ray Roberts presiding.